UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3
Eastern Division

Internet Media Corporation
                            Plaintiff,

v.                                                    Case No.: 1:10−cv−00874
                                                        Honorable Robert M. Dow Jr.

Chicago Tribune Corporation
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 10, 2010:

       MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 6/10/2010. All matters in controversy having been settled, the above−entitled case is hereby dismissed without prejudice and with leave to reinstate on or before 8/9/02010 after which time the dismissal will be with prejudice if no request to reinstate has been filed. Counsel for Defendant to provide counsel for Plaintiff the signed settlement agreement by 6/11/2010. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.